**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State,   Respondent,

v.

Mike Salley, Petitioner.

Appellate Case No. 2012-212233

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Aiken County
The Honorable Ralph F. Cothran, Circuit Court Judge

---

Memorandum Opinion No. 2014-MO-019
Heard June 11, 2014 – Filed June 18, 2014

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, and Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted Mike Salley's petition for a writ of certiorari to review the decision of the Court of Appeals in *State v. Salley*, Op. No. 2012-UP-091 (S.C. Ct. App. filed Feb. 22, 2012).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE, JJ., and Acting Justice Dorothy Mobley Jones, concur.**

.